# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CRIMINAL CASES

**Directions:** Counsel must make a **docketing statement (criminal)** entry in CM/ECF within 14 days of filing a notice of appeal or cross appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form and any extended answers and (2) any transcript order form. Counsel who filed the notice of appeal is responsible for filing the docketing statement even if different counsel will handle the appeal. In criminal cases, counsel who represented the defendant below must continue on appeal unless the court of appeals grants a motion to withdraw. Appellants proceeding pro se are not required to file a docketing statement. Opposing counsel may file objections to the docketing statement within 10 days of service using the ECF event-**docketing statement objection/correction**.

| | |
|---|---|
| **Appeal No. & Caption** | 25-4438, U.S. v. Brandon Russell |
| **Originating No. & Caption** | 1:23-cr-00056-JKB-2, U.S. v. Brandon Clint Russell |
| **District Court & Judge** | District of Maryland, The Honorable James K. Bredar |

| **Jurisdiction** (answer any that apply) | | |
|---|---|---|
| Date of entry of order/judgment appealed from | 8/7/2025 | |
| Date this notice of appeal filed | 8/11/2025 | |
| If cross appeal, date first notice of appeal filed | | |
| Date of filing any post-judgment motion | | |
| Date order entered disposing of any post-judgment motion | | |
| Date of filing any motion to extend appeal period | | |
| Time for filing appeal extended to | | |
| Is appeal from final order or judgment? | ⦿ Yes | ◎ No |
| If appeal is not from final judgment, why is order appealable? | | |

01/28/2020 SCC                                        1

**Transcript –  Order all necessary transcript now.  Extensions of the briefing schedule to order additional transcript are disfavored**

(Identify necessary transcript dates and state whether the transcript is on file or a copy of the transcript order is attached. ).

| | | | | |
|---|---|---|---|---|
| Trial Date(s): | 1/27/2025,1/28/2025, 1/29/2025, 1/30/2025, 2/3/2025 | ○ On Order or On File | ● Order Attached | ○ Not Needed |
| Plea Date: | | ○ On Order or On File | ○ Order Attached | ○ Not Needed |
| Sentence Date: | 8/7/2025 | ○ On Order or On File | ● Order Attached | ○ Not Needed |
| Other Date(s): | 2/2/2024, 1/13/2025 (6/27/2024 & 10/22/2024 on file) | ○ On Order or On File | ● Order Attached | ○ Not Needed |

| **Case Handling Requirements** (answer any that apply) | |
|---|---|
| Case number of any prior appeal in same case | |
| Case number of any pending appeal in same case | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. |
| Is expedited disposition necessary? | ○ Yes     ○ No |
| | If yes, motion to expedite must be filed. |

| **Issues** (Non-binding statement of issues to raise on appeal.  Attach additional page if necessary.) |
|---|
| Undesigned counsel is appellate counsel and was not trial counsel.  Undersigned counsel must review the record in order to determine the issues to be raised.<br><br><br><br><br><br><br>* Undersigned counsel, rather than trial counsel, is filing this docketing statement because trial counsel is not a member of this Court (and does not have access to e-file). |

| Appellant's Name & Address | Counsel's Name & Address |
|---|---|
| Name: Brandon Clint Russell<br>Address: Unknown<br>    (Incarcerated)<br>    BOP Register Number 14777-104<br>    Not currently in BOP Custody<br><br>E-Mail: N/A<br><br>Phone: N/A | Name: Michael Ufferman<br>Address: 2022-1 Raymond Diehl Road<br>    Tallahassee, Florida 32308<br><br><br>E-Mail: ufferman@uffermanlaw.com<br><br>Phone: 850-386-2345 |

**Signature:** /s/ Michael Ufferman                    **Date:** 8/27/2025

**Counsel for:** Appellant Russell

**Certificate of Service** *(required for parties served outside CM/ECF):* I certify that this document was served on _____ by ☐ personal delivery; ☐ mail; ☐ third-party commercial carrier; or ☐ email (with written consent) on the following persons at the addresses or email addresses shown:

| | |
|---|---|
| Assistant U.S. Attorney David C. Bornstein<br>36 South Charles Street, 4th Floor<br>Baltimore, Maryland 21201<br>Email: david.bornstein@usdoj.gov | |

| | |
|---|---|
| Signature: /s/ Michael Ufferman | Date: 8/27/2025 |

3

# FOURTH CIRCUIT TRANSCRIPT ORDER FORM

Use the "PRINT TO PDF" button to save this form before filing. Do not reuse saved form.

Case Style  U.S. v. Brandon Russell

Dist. Ct. No. 1:23-cr-00056-JKB-2          District  Maryland

Date Notice of Appeal filed          08/11/25          Court of Appeals No. 25-4438

Name of Court Reporter/Electronic Rec. (use separate form for each reporter) Ronda Thomas

Address of Reporter 101 West Lombard Street, Baltimore, Maryland 21201

Appellant must order any necessary transcript within 14 days of noting the appeal by completing a separate transcript order form for each reporter and a single order form for all electronic recordings requested, submitting the orders to the court reporters and the district court, and attaching copies to the docketing statement filed in the court of appeals.  The transcript order form should not include requests for transcripts that are on file or are on order.  The completed order form must show that necessary financial arrangements have been made.  In CJA cases, counsel must certify that AUTH-24 requests have been submitted through the **district court's eVoucher system** for approval by the district judge. Once the transcript has been prepared, counsel also submits the CJA-24 voucher for payment in the district eVoucher system. For assistance, see District eVoucher Contacts for Transcript Authorization and Payment.

In sentencing appeals, a transcript of the sentencing hearing must be ordered.  In Anders appeals, plea (or trial) and sentencing transcript must be ordered, along with any necessary hearing transcripts (e.g., suppression hearings). In multi-defendant cases involving CJA defendants, only one original trial transcript should be purchased from the court reporter on behalf of CJA defendants, and copies should thereafter be made at commercially competitive rates not to exceed $.15 per page.  Co-defendants may obtain paper or electronic copies of prepared transcript from the court reporter, co-counsel, or the district court.

If appellee finds other parts of the proceedings necessary, appellee must designate the additional parts within 14 days after service of the transcript order.  If appellant has not ordered the additional parts within 14 days, appellee may, within the following 14 days, order the additional parts or move in the district court for an order requiring appellant to do so.

Counsel must review transcript and notify the district court of any intention to direct redaction of personal data identifiers within 7 days of filing of the transcript, and thereafter submit a statement of redactions to the court reporter within 21 days of filing of the transcript, as required by the Judicial Conference Policy on Privacy and Public Access to Electronic Case Files.  Counsel should obtain full-size transcript from the court reporter, since condensed transcript may not be used in the appendix.  Counsel should verify that the witness name and type of examination appear in the top margin of each page of testimony, as required for inclusion in the appendix on appeal.  Local Rule 30(b).

A.  This constitutes an order of the transcript of the following proceedings.  Check appropriate box(es), provide date of hearing, and indicate total number of estimated pages.  Specific CJA authorization is required for opening and closing statements, voir dire, and instructions.

| PROCEEDING | HEARING DATE(S) |
|---|---|
| ☑ Voir Dire | 1/27/2025 |
| ☑ Opening Statement (Plaintiff) | 1/28/2025 |
| ☑ Opening Statement (Defendant) | any date held |
| ☑ Closing Argument (Plaintiff) | any date held |
| ☑ Closing Argument (Defendant) | any date held |
| ☑ Opinion of Court | any date held |
| ☑ Jury Instructions | 2/3/2025 |
| ☑ Sentencing | 8/7/2025 (separate form submitted to Reporter Mitchell) |
| ☐ Bail Hearing | |
| ☑ Pre-Trial Proceedings (specify) | hearing held on 2/2/2024; all proceedings held on 1/13/2025 |
| ☑ Testimony (specify) | all proceedings on 1/27/25, 1/28/25, 1/29/25, 1/30/25, 2/3/25 |
| ☐ Other (specify) | |

**TOTAL ESTIMATED PAGES** _____ TBD _____

B.  ☐ Expedited transcript completion requested within ☐ 14 days ☐ 7 days ☐ 3 days.

C.  I certify that I have contacted the court reporter (or court reporter coordinator if electronic recording) and satisfactory financial arrangements for payment of the transcript have been made as follows:

☑  Private funds. (Deposit of $_____ enclosed with court reporter's copy.  Check No. _____.)

☐  CJA AUTH-24 request submitted in district eVoucher system.

☐  Government expense (civil case--IFP).  Motion for transcript at government expense is pending with district judge.

☐  Advance payment waived by court reporter.  Payment in full is due upon receipt of transcript.

☐  Federal Public Defender - no CJA 24 authorization necessary.

☐  United States appeal.

D.  Transcript is requested in  ☐  paper format    ☑ electronic format

Signature /s/ Michael Ufferman          Typed Name  Michael Ufferman

Address  2022-1 Raymond Diehl Road, Tallahassee, Florida 32308

Email  ufferman@uffermanlaw.com          Telephone No.  (850) 386-2345

Date Sent to Reporter          08/27/25

Use the "PRINT TO PDF" button to save this form before filing. Do not reuse saved form.

11/25/2019 CAD

**FOURTH CIRCUIT TRANSCRIPT ORDER FORM**

Use the "PRINT TO PDF" button to save this form before filing. Do not reuse saved form.

Case Style __U.S. v. Brandon Russell__

Dist. Ct. No. __1:23-cr-00056-JKB-2_____ District __Maryland__

Date Notice of Appeal filed _____08/11/25_____ Court of Appeals No. 25-4438

Name of Court Reporter/Electronic Rec. (use separate form for each reporter) __Trish Mitchell__

Address of Reporter __101 West Lombard Street, Baltimore, Maryland 21201__

Appellant must order any necessary transcript within 14 days of noting the appeal by completing a separate transcript order form for each reporter and a single order form for all electronic recordings requested, submitting the orders to the court reporters and the district court, and attaching copies to the docketing statement filed in the court of appeals. The transcript order form should not include requests for transcripts that are on file or are on order. The completed order form must show that necessary financial arrangements have been made. In CJA cases, counsel must certify that AUTH-24 requests have been submitted through the **district court's eVoucher system** for approval by the district judge. Once the transcript has been prepared, counsel also submits the CJA-24 voucher for payment in the district eVoucher system. For assistance, see District eVoucher Contacts for Transcript Authorization and Payment.

In sentencing appeals, a transcript of the sentencing hearing must be ordered. In Anders appeals, plea (or trial) and sentencing transcript must be ordered, along with any necessary hearing transcripts (e.g., suppression hearings). In multi-defendant cases involving CJA defendants, only one original trial transcript should be purchased from the court reporter on behalf of CJA defendants, and copies should thereafter be made at commercially competitive rates not to exceed $.15 per page. Co-defendants may obtain paper or electronic copies of prepared transcript from the court reporter, co-counsel, or the district court.

If appellee finds other parts of the proceedings necessary, appellee must designate the additional parts within 14 days after service of the transcript order. If appellant has not ordered the additional parts within 14 days, appellee may, within the following 14 days, order the additional parts or move in the district court for an order requiring appellant to do so.

Counsel must review transcript and notify the district court of any intention to direct redaction of personal data identifiers within 7 days of filing of the transcript, and thereafter submit a statement of redactions to the court reporter within 21 days of filing of the transcript, as required by the Judicial Conference Policy on Privacy and Public Access to Electronic Case Files. Counsel should obtain full-size transcript from the court reporter, since condensed transcript may not be used in the appendix. Counsel should verify that the witness name and type of examination appear in the top margin of each page of testimony, as required for inclusion in the appendix on appeal. Local Rule 30(b).

A. This constitutes an order of the transcript of the following proceedings. Check appropriate box(es), provide date of hearing, and indicate total number of estimated pages. Specific CJA authorization is required for opening and closing statements, voir dire, and instructions.

| PROCEEDING | HEARING DATE(S) |
|---|---|
| ☐ Voir Dire | |
| ☐ Opening Statement (Plaintiff) | |
| ☐ Opening Statement (Defendant) | |
| ☐ Closing Argument (Plaintiff) | |
| ☐ Closing Argument (Defendant) | |
| ☐ Opinion of Court | |
| ☐ Jury Instructions | |
| ☑ Sentencing | 8/7/2025 |
| ☐ Bail Hearing | |
| ☐ Pre-Trial Proceedings (specify) | |
| ☐ Testimony (specify) | |
| ☐ Other (specify) | |

**TOTAL ESTIMATED PAGES** _____TBD_____

B. ☐ Expedited transcript completion requested within ☐ 14 days ☐ 7 days ☐ 3 days.

C. I certify that I have contacted the court reporter (or court reporter coordinator if electronic recording) and satisfactory financial arrangements for payment of the transcript have been made as follows:

☑ Private funds. (Deposit of $_____ enclosed with court reporter's copy. Check No. _____.)

☐ CJA AUTH-24 request submitted in district eVoucher system.

☐ Government expense (civil case--IFP). Motion for transcript at government expense is pending with district judge.

☐ Advance payment waived by court reporter. Payment in full is due upon receipt of transcript.

☐ Federal Public Defender - no CJA 24 authorization necessary.

☐ United States appeal.

D. Transcript is requested in ☐ paper format ☑ electronic format

Signature __/s/ Michael Ufferman_____ Typed Name__Michael Ufferman_____

Address __2022-1 Raymond Diehl Road, Tallahassee, Florida 32308__

Email __ufferman@uffermanlaw.com__ Telephone No. __(850) 386-2345__

Date Sent to Reporter_____08/27/25_____

Use the "PRINT TO PDF" button to save this form before filing. Do not reuse saved form.

11/25/2019 CAD