FILED:  October 23, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-4438
(1:23-cr-00056-JKB-2)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

BRANDON CLINT RUSSELL

Defendant - Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Joint appendix due: 12/15/2025

Opening brief due: 12/15/2025

Response brief due: 01/05/2026

Any reply brief: 10 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk